HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD  [Calif. SBN 103596]
275 Battery Street, Suite 200
San Francisco, California  94111
Telephone:      (415) 421-6100
Facsimile:       (415) 421-1815
E-Mail:          jwood@hennefer-wood.com; jhcwlaw@yahoo.com

Attorneys for Defendant and Cross-Claimant, Maria Ana Gordillo
as Trustee of the Erwin A. Collins Family Insurance Trust - 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>MARIA ANA GORDILLO AS TRUSTEE OF THE ERWIN A. COLLINS FAMILY INSURANCE TRUST - 2008; and WINDSOR SECURITIES, LLC,<br><br>          Defendants.<br>_____/<br>AND RELATED CROSS-ACTION.<br>_____/ | Civil Action No. 3:14-cv-03713-WHO |

**[Proposed] ORDER RE BRIEFING SCHEDULE
ON MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation and request of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule on the pending motion of defendant, cross-defendant, and cross-claimant, Windsor Securities, LLC ["Windsor"] for summary judgment against defendant and cross-claimant, Maria Ana Gordillo as Trustee of the Erwin A. Collins Family Insurance Trust - 2008 ["Gordillo"], set for hearing on August 12, 2015, shall be as follows:

(a) Gordillo's opposition papers shall be filed on or before July 29, 2015.

(b) Windsor's reply papers shall be filed on or before August 5, 2015.

* * END OF ORDER * *



GRANTED
Judge William H. Orrick
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] ORDER RE BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT
*Pacific Life Insurance Company v. Maria Ana Gordillo as Trustee of the Erwin A. Collins Family Insurance Trust - 2008 et al., and Related Cross-Action*
Civil Action No. 3:14-cv-03713-WHO                                                                                                                    1