United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   PACIFIC LIFE INSURANCE COMPANY,        Case No. 14-cv-03713-WHO
              Plaintiff,
8
        v.                                 **ORDER REFERRING CASE TO THE
9                                          HON. JON S. TIGAR FOR
    MARIA ANA GORDILLO, et al.,            SETTLEMENT**
10
              Defendants.                  Dkt. Nos. 80-82, 85-89
11

It appears that there is a problem with the previously announced settlement in the above matter. This matter is referred to the Hon. Jon S. Tigar for settlement purposes only. Counsel for the only remaining parties, the Trust and Windsor Securities, Inc., and their clients, are ORDERED TO APPEAR PERSONALLY at the settlement conference on the time and date of Judge Tigar's choosing.

**IT IS SO ORDERED**.

Dated: March 22, 2016



WILLIAM H. ORRICK
United States District Judge